IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANN CALDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-666-R |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. §§ 405(g) and 423(d)(1)(A) seeking a review of a decision of the Commissioner wherein it was determined that she was not disabled. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the Court referred the matter to United States Magistrate Judge Suzanne Mitchell for preliminary review. On May 7, 2018, Judge Mitchell issued a Report and Recommendation wherein she recommended the decision of the Commissioner be affirmed. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor sought an extension of time in which to object. Accordingly, the Court hereby ADOPTS the Report and Recommendation in its entirety and the decision of the Commissioner is AFFIRMED. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 30th day of May 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE